# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHARLES POWELL ODOM,
ADC #136145                                                                                    PLAINTIFF

VS.                              2:17-CV-00020 BRW/BD

DOES, *et al.*                                                                                 DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation and Mr. Odom's timely objections, and after a *de novo* review of the record, I approve and adopt the the Recommendation in part.

Because the objections set out Plaintiff's claims against Defendants Dykeus, Dean, and Lay, they are not dismissed. The objections will be considered an addendum to his amended complaint and the Clerk of the Court is directed to serve a copy of both the amended complaint and the objections on Defendants Dykeus, Dean, and Lay (Doc. Nos. 25, 37).

Plaintiff's claims against Defendants Wright, Culver, Smith, and the Doe defendants are DISMISSED, without prejudice.

IT IS SO ORDERED, this 20th day of April, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE