# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | |
|---|---|
| CHARLES POWELL ODOM, ADC #136145 | PLAINTIFF |
| VS. 2:17-CV-00020 BRW/BD | |
| DOES, et al. | DEFENDANTS |

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Odom's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Defendants' motion to dismiss (Doc. No. 62) is GRANTED. Mr. Odom's claims against Defendants Kelley, Taylor, Barton, Palmer, Graham, Houston, Nance, Collier, Ford, Murphy, Deen, Dycus, and Lay are DISMISSED, without prejudice.

Mr. Odom's pending motion for preliminary injunction and declaratory judgment (Doc. No. 21) is DENIED as moot.

IT IS SO ORDERED, this 13th day of July, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE